IN THE MATTER OF:

| | |
|---|---|
| GISSING NORTH AMERICA LLC | Chapter 7 |
|     *f/k/a Conform Gissing International, LLC* | Case No. 22-46160-lsg |
| | Hon. Lisa S. Gretchko |
| Debtors[1]. | |
| _____/ | |
| KENNETH NATHAN, Trustee, | |
| Plaintiff, | Adv. Pro. No. 24-04276-lsg |
| v. | Hon. Lisa S. Gretchko |
| ODC TOOLING & MOLDS, | |
| Defendant. | |
| _____/ | |

**STIPULATED ORDER EXTENDING TIME FOR
ODC TOOLING & MOLDS TO ANSWER PLAINTIFF'S COMPLAINT**

THIS MATTER came before the Court upon the stipulation ("Stipulation"; ECF No. 6) between Plaintiff Kenneth Nathan, Chapter 7 Trustee, and Defendant ODC TOOLING & MOLDS, consenting to the terms of this Order. The Court has reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court finds cause to enter this Order.

---

[1] Debtors' cases are being jointly administered for procedural purposes only and consist of Debtors Gissing North America LLC, Case No. 22-46160, Gissing Auburn LLC, Case No. 22-46169, Gissing Fremont LLC, Case No. 22-46170, Gissing Greenville LLC, Case No. 22-46171, Gissing Sidney LLC, Case No. 22-46172, Gissing Sumter LLC, Case No. 22- 46173, Gissing Technologies LLC, Case No. 22-46174, and Gissing Technologies Mexico LLC, Case No. 22-46175

NOW, THEREFORE, IT IS HEREBY ORDERED that ODC TOOLING & MOLDS has until and through October 3, 2024 to file an answer to the Complaint (ECF No. 1) in the above-captioned adversary proceeding.

**Signed on August 29, 2024**



/s/ Lisa S. Gretchko

**Lisa S. Gretchko**
**United States Bankruptcy Judge**